UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH WAYNE GRAY,<br><br>      Plaintiff,<br>   v.<br><br>L. PENNISI, et al.,<br><br>      Defendants.<br>_____/ | No. 13-CV-01229 WHA (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

     It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of KENNETH WAYNE GRAY, inmate no. F-37014, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 14, 2015

                                          NANDOR J. VADAS
                                          United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Salinas Valley State Prison

### GREETINGS

WE COMMAND that you have and produce the body of KENNETH WAYNE GRAY, inmate no. F-37014, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on June 18, 2015, at 11:00 a.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GRAY V. PENNISI, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 14, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: May 14, 2015



_____
NANDOR J. VADAS
United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH WAYNE GRAY, | No. 13-CV-01229 WHA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| L. PENNISI, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on May 14, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kenneth Wayne Gray
F-37014
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Prisoner Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA   93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3