UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH WAYNE GRAY,

    Plaintiff,

  v.

L. PENNISI, et al.,

    Defendants.

Case No.  13-cv-01229-WHA   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 18, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Kenneth Wayne Gray.

    (  )  Warden or warden's representative

    (X )  Office of the California Attorney General, Sharon Garske.

    (  )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X )  The parties are unable to reach an agreement at this time.  Further status
2   conference is scheduled for July 21, 2015 at 1:00 pm.  Parties shall appear by telephone.
3   **IT IS SO ORDERED.**
4   Dated: 6/23/15

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH WAYNE GRAY,

    Plaintiff,

    v.

L. PENNISI, et al.,

    Defendants.

Case No.  13-cv-01229-WHA   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Wayne Gray
F-37014
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: June 23, 2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Gloria Knudson
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3