UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH WAYNE GRAY, | No. 3:13-cv-01229 WHA (NJV) |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| T. SMITH, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 10:00 a.m. on August 12, 2015.  The settlement conference will be conducted via video conferencing, with Plaintiff appearing from Salinas Valley State Prison, Defendants appearing from courtroom D on the 15th floor of the United States Courthouse in San Francisco, and the Court appearing from Eureka.

Lead trial counsel shall appear at the settlement conference on August 12, 2015, with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

1   Confidential settlement conference statements shall be mailed or emailed
2   (NJVpo@cand.uscourts.gov) to and received by  chambers no later than August 7, 2015.  The
3   parties shall report on the outcome of their settlement discussions in their settlement conference
4   statements.

5   Any request to continue the settlement conference shall state the reason therefor and be
6   submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests
7   to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

8   The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this
9   case settles prior to the date set for the settlement conference.

11  IT IS SO ORDERED.

12  
13  Dated:  July 27, 2015

    _____
    NANDOR J. VADAS
14  United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH WAYNE GRAY, | No. 3:13-CV-01229 WHA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| T. SMITH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 27, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kenneth Wayne Gray
F-37014
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3