UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH WAYNE GRAY,

    Plaintiff,

  v.

L. PENNISI, et al.,

    Defendants.

Case No.  13-cv-01229-WHA   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 12, 2015 by video conference, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Kenneth Gray.

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Sharon Garske.

    ( X )  Other: Peter Thyberg for California Department of Corrections and Rehabilitation.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X )  The case has been completely settled.  A telephonic status conference will be held on September 22, 2015.  Parties should dial 888-684-8852 and enter access code 1868782 to make their appearances.  Defense Counsel is instructed to facilitate Plaintiff's telephonic appearance.

1  ( ) The case has been partially resolved and counsel for defendants shall file a joint
2  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
3  attached remain for this Court to resolve.

4  ( ) The parties are unable to reach an agreement at this time.

5  **IT IS SO ORDERED.**

6  Dated: 8/12/15

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH WAYNE GRAY,

    Plaintiff,

  v.

L. PENNISI, et al.,

    Defendants.

Case No.  13-cv-01229-WHA   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Wayne Gray
F-37014
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: August 12, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3